IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. |
| | : | 1:19-cr-00076-LMM-CCB |
| JUAN TORRES CHAVEZ, et al., | : | |
| | : | |
| Defendants. | : | |

# ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation, Dkt. No. [1140]. No objections have been filed in response to the Magistrate Judge's Report and Recommendation. Therefore, pursuant to 28 U.S.C. § 636(b)(1) and Rule 59 of the Federal Rules of Criminal Procedure, the Court has reviewed the Magistrate Judge's Report and Recommendation for clear error and finds none. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, Dkt. No. [1140], as its opinion: Defendant Juan Torres Chavez's amended motion to suppress evidence, Dkt. No. [914] is **DENIED**, and the motions the amended motion perfected, Dkt. Nos. [718, 771], are **DENIED AS MOOT**.

The Court hereby sets a pretrial conference for Defendants Juan Torres Chavez, Joseph Dominic Edwards, and Juan Ramirez to take place on **Tuesday,**

**February 14, 2023, at 3:30 PM** in Courtroom 2107, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia. The time from January 10, 2023, to February 14, 2023, shall be excluded from computation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv). At the pretrial conference, the parties should be ready to discuss trial dates and potential severance.

    **IT IS SO ORDERED** this 10th day of January, 2023.

*/s/ Leigh Martin May*
**Leigh Martin May**
**United States District Judge**